08 - 8113

# Clerk, United States District Court

United States Federal Courthouse & Post Office
Post Office Box 999
Newark, New Jersey 07101-0999

RECEIVED

NOV 2 4 2008

November 18, 2008

AT 8:30_____ _____M
WILLIAM T. WALSH, CLERK

Re: Docket Sheet, **US v Charles Chapple**

Dear Clerk;

I am writing to request any information you may have on my next scheduled court date and a copy of my Docket sheet. I do not know who my current judge is or what my docket Number is. I do know who my lawyer is and have tried to get this information from him but have not been provided with it as of the time of this letter over a month. I am trying to get a copy of my docket sheet so that I can have an understanding on what has been done in my case so far. I know that the lack of certain information does not help you process this request. The most help I may be able to give you is my date of birth, marshals' number and social security number.

I am just trying to find out when my next scheduled appearance will be so that I can notify my family and friends, and also follow up on my request to my lawyer that he not file any more continuances without my permission. Thank you very much for all the time and attention you have given this matter.

Respectfully Submitted,

Charles Chapple

Charles Chapple, Defendant

Personal Information:
Charles Chapple
DOB:3-23-63
SS#: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
Marshals' #:04098-068

CC:    File
       Patrick Mcmahon, AFPD