2008R00901/BU

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| v. | : | Criminal No. 08-932 (AET) |
| CHARLES CHAPPLE, | : | |
| a/k/a "Gregory Stevens" | : | 21 U.S.C. §§ 846 & 843 |
| | : | 18 U.S.C. § 2 |

### I N D I C T M E N T

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

### COUNT ONE

On or about July 31, 2008, in Bergen County, in the District of New Jersey and elsewhere, defendant

**CHARLES CHAPPLE,**
**a/k/a "Gregory Stevens"**

did knowingly and intentionally conspire with others to distribute and possess with intent to distribute 5 kilograms or more of cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a) and (b)(1)(A).

In violation of Title 21, United States Code, Section 846.

## COUNT TWO

On July 31, 2008, in Essex County, in the District of New Jersey and elsewhere, the defendant,

CHARLES CHAPPLE,
a/k/a "Gregory Stevens"

did knowingly and intentionally use a communication facility, namely a telephone, in committing and in causing and facilitating the commission of acts constituting a felony under Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

*Ralph J. Marra, Jr.*
RALPH J. MARRA, JR.
Acting United States Attorney

CASE NUMBER: 08-_____

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

CHARLES CHAPPLE,
a/k/a "Gregory Stevens"

## INDICTMENT FOR

21 U.S.C. § 846 & 843

18. U.S.C. § 2

A True Bill,

_/s/_ 
**Foreperson**

RALPH J. MARRA, JR.
ACTING U.S. ATTORNEY
NEWARK, NEW JERSEY

BRIAN L. URBANO
ASSISTANT U.S. ATTORNEY
(973) 297-2078