2008R00901/BU

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| | : | |
| v. | : | Criminal No. 08-932 |
| | : | |
| CHARLES CHAPPLE, | : | |
| a/k/a "Gregory Stevens" | : | 21 U.S.C. § 843 and |
| | : | 18 U.S.C. § 2 |

I N F O R M A T I O N

The defendant having waived in open court prosecution by indictment, the Acting United States Attorney for the District of New Jersey charges:

On July 31, 2008, in Essex County, in the District of New Jersey and elsewhere, the defendant,

CHARLES CHAPPLE,
a/k/a "Gregory Stevens,"

did knowingly and intentionally use a communication facility, namely a telephone, in committing and in causing and facilitating the commission of acts constituting a felony, namely conspiring with others to distribute and possess with intent to distribute 5 kilograms or more of cocaine, a Schedule II controlled substance, contrary to under Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

In violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

*Ralph J. Marra, Jr.*
RALPH J. MARRA, JR.
Acting United States Attorney

CASE NUMBER: 08-___

United States District Court
District of New Jersey

UNITED STATES OF AMERICA

v.

CHARLES CHAPPLE,
a/k/a "Gregory Stevens"

INFORMATION FOR

21 U.S.C. § 843 and
18 U.S.C. § 2

RALPH J. MARRA, JR.
ACTING U.S. ATTORNEY NEWARK, NEW JERSEY

BRIAN L. URBANO
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
(973) 297-2078